| | |
|---|---|
| 1 | CLARK S. STONE (SBN 202123) |
|   | STEVEN M. LEVITAN (SBN 148716) |
| 2 | INCHAN A. KWON (SBN 247614) |
|   | **MacPHERSON KWOK CHEN & HEID LLP** |
| 3 | 2033 Gateway Place, Suite 400 |
|   | San Jose, California 95110 |
| 4 | Phone: (408) 392-9250 |
|   | Facsimile: (408) 392-9262 |
| 5 | email: |
|   | cstone@macpherson-kwok.com |
| 6 | slevitan@macpherson-kwok.com |
|   | ikwon@macpherson-kwok.com |
| 7 |  |
| 8 | EDWARD J. MCINTYRE (SBN 80402) |
|   | WILLIAM N. KAMMER (SBN 53848) |
| 9 | **SOLOMON WARD SEIDENWURM & SMITH, LLP** |
|   | 401 B Street, Suite 1200 |
| 10 | San Diego, California 92101 |
|    | Phone: (619) 231-0303 |
| 11 | Facsimile: (619) 231-4755 |
|    | email: |
| 12 | emcintyre@swsslaw.com |
|    | wkammer@swsslaw.com |
| 13 |  |
|    | Attorneys for Plaintiff |
| 14 | LANDMARK SCREENS, LLC |

**FILED**

E-FILING  2008 MAY 21  P 3:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | C08 02581  HRL |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| v. | (Civil L.R. 3-16) |
| MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual, | |
| Defendants. | |

PLAINTIFF'S CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS       1

Pursuant to Civil L.R. 3-16, Plaintiff LANDMARK SCREENS, LLC hereby certifies that the following non-party persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Mr. Michael Wilson

Mr. John Mozart

SiliconView LLC

Dated: May 20, 2008

MacPHERSON KWOK CHEN & HEID LLP

By _____
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC