1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  WENDY J. THURM - #163558
   STEVEN P. RAGLAND - #221076
3  COURTNEY TOWLE - #221698
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:     (415) 391-5400
5  Facsimile:      (415) 397-7188
   epeters@kvn.com
6  wthurm@kvn.com
   sragland@kvn.com
7  ctowle@kvn.com

8  Attorneys for Defendants
   MORGAN, LEWIS & BOCKIUS LLP
9  and THOMAS D. KOHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No. C08 02581 HRL |
|---|---|
| Plaintiff, | **STIPULATION TO ENLARGE DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual, | Judge:    Hon. Magistrate Howard R. Lloyd |
| | Date Comp. Filed:    May 21, 2008 |
| Defendants. | Trial Date: None set. |

1  WHEREAS, by letter dated June 16, 2008, Plaintiff Landmark Screens, LLC sent its First Amended Complaint and associated Summons via U.S. mail to counsel for Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler;

WHEREAS, counsel for Defendants received Landmark's June 16th letter and attachments on June 17, 2008;

WHEREAS, in response to Landmark's request, Defendants agreed to have undersigned counsel accept service of the First Amended Complaint, Summons, and associated paperwork on their behalf;

WHEREAS, absent extension, Defendants' response to the First Amended Complaint would be due Monday, July 7, 2008;

WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for all Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to Monday, July 28, 2008.  By agreeing to this stipulation, Defendants do not waive, and specifically preserve, all defenses, challenges, and responses to the First Amended Complaint and to this action generally that exist as of the date of this stipulation.

Dated:  June 20, 2008                          KEKER & VAN NEST, LLP


                                                By:  /s/ Steven P. Ragland
                                                     STEVEN P. RAGLAND
                                                     Attorneys for Defendants
                                                     MORGAN, LEWIS & BOCKIUS LLP, a limited
                                                     liability partnership; and THOMAS D. KOHLER,
                                                     an individual

Dated:  June 20, 2008                          MacPHERSON KWOK CHEN & HEID LLP


                                                By:  /s/ Clark S. Stone
                                                     CLARK S. STONE
                                                     Attorneys for Plaintiff
                                                     LANDMARK SCREENS, LLC