AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED** E-FILING
2008 JUN 20 P 2: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

LANDMARK SCREENS, LLC
Plaintiff
v.
MORGAN, LEWIS & BOCKIUS LLP et al.
Defendant

ADR

Civil Action No.

C08 02581

Summons in a Civil Action

HRL

To: Morgan, Lewis & Bockius LLP et al.
(Defendant's name)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Clark S. Stone, Steven M. Levitan, Inchan A. Kwon
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place, Ste. 400, San Jose, CA 95110
Telephone: (408) 392-9250; Facsimile: (408) 392-9262

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 21 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __June 16, 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.
    (5) consigning a copy to an overnight courier for guaranteed next day delivery.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date:   June 20, 2008

                                                                             _/s/ Elena Rivera_
                                                                             Server's signature
                                          Elena R. Rivera
                                          Secretary
                                                                         Printed name and title

                                          MacPHERSON KWOK CHEN & HEID LLP
                                          2033 Gateway Place, Suite 400
                                          San Jose, CA 95110

                                                                             Server's address

| From: Origin ID: ZSMA (408)392-9250<br>Clark S. Slone<br>MacPherson Kwok Chen & Heid<br>2033 Gateway Place<br>Suite 400<br>San Jose, CA 95110 |  | Ship Date: 16JUN08<br>ActWgt: 1 LB<br>System#: 5052778/INET8061<br>Account#: S ******** |
|---|---|---|
| SHIP TO: 4153915400   **BILL SENDER**<br>**ELLIOT PETERS**<br>**KEKER & VAN NEST LLP**<br>**710 SANSOME ST**<br><br>**SAN FRANCISCO, CA 941111704** | | Delivery Address Bar Code<br>\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>Ref # L-3112<br>Invoice #<br>PO #<br>Dept # |

TRK# 7927 1584 1368   02O1   TUE - 17JUN   A1
**PRIORITY OVERNIGHT**

**WA APCA**   94111 CA-US   SFO



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html

6/16/2008