KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
COURTNEY TOWLE - #221698
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com
ctowle@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>    v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                Defendants. | Case No. C08 02581 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Currently-assigned Magistrate Judge: Hon. Howard R. Lloyd<br><br>Date Comp. Filed:    May 21, 2008<br><br>Trial Date:  None set. |

420803.01

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2        Pursuant to N.D. Cal. L.R. 73-1, the undersigned parties hereby decline to consent to the

3    assignment of this case to a United States Magistrate Judge and hereby request the reassignment

4    of this case to a United States District Judge.

5                           Respectfully submitted,

6    Dated:  July 8, 2008                  KEKER & VAN NEST, LLP

7

8                      By:  */s/ Steven P. Ragland*

9                           STEVEN P. RAGLAND
                             Attorneys for Defendants

10                          MORGAN, LEWIS & BOCKIUS LLP, a limited
                             liability partnership; and THOMAS D. KOHLER,

11                          an individual

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE
CASE NO. C08 02581 HRL

420803.01