| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | WENDY J. THURM - #163558 |
| | STEVEN P. RAGLAND - #221076 |
| 3 | COURTNEY TOWLE - #221698 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:     (415) 391-5400 |
| 5 | Facsimile:      (415) 397-7188 |
| | epeters@kvn.com |
| 6 | wthurm@kvn.com |
| | sragland@kvn.com |
| 7 | ctowle@kvn.com |

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                           Plaintiff,<br><br>     v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                           Defendants. | Case No. C08 02581 HRL<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS MORGAN, LEWIS & BOCKIUS LLP AND THOMAS D. KOHLER**<br><br>Currently-assigned Magistrate Judge: Hon. Howard R. Lloyd<br><br>Date Comp. Filed:     May 21, 2008<br><br>Trial Date: None set |

To the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE THAT, Elliot R. Peters, Wendy J. Thurm, and Courtney Towle of Keker & Van Nest LLP hereby make their appearance as counsel on behalf of Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler.

                                             Respectfully submitted,

Dated: July 10, 2008                    KEKER & VAN NEST, LLP

                                  By: */s/ Wendy J. Thurm*
                                             ELLIOT R. PETERS
                                             WENDY J. THURM
                                             STEVEN P. RAGLAND
                                             COURTNEY TOWLE
                                             Attorneys for Defendants
                                             MORGAN, LEWIS & BOCKIUS LLP
                                             and THOMAS D. KOHLER