```
KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
COURTNEY TOWLE - #221698
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com
ctowle@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                      Plaintiff,<br><br>   v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                      Defendants. | Case No. C08 02581 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Jeremy Fogel<br><br>Date Comp. Filed:    May 21, 2008<br><br>Trial Date:  None set. |

STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 HRL

421217.01

1   WHEREAS, Plaintiff Landmark Screens, LLC filed its First Amended Complaint on June 11, 2008;

2   WHEREAS, this case was initially assigned to Magistrate Judge Howard R. Lloyd;

3   WHEREAS, Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler intend to respond to Plaintiff Landmark Screens, LLC's First Amended Complaint with a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b);

4   WHEREAS, following service of the First Amended Complaint, the parties previously stipulated to enlarge Defendants' time to respond to the First Amended Complaint from July 7, 2008 to July 28, 2008;

5   WHEREAS, following a request for reassignment, this matter was reassigned to this Court on July 9, 2008;

6   WHEREAS, an initial case management conference is currently scheduled for September 12, 2008 at 10:30 a.m.;

7   WHEREAS, the first date available for a hearing on Defendants' motion to dismiss is Friday, September 26, 2008 at 9:00 a.m.;

8   WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT:

1) Pursuant to Local Rules 6-1(b) and 6-2, the deadline for all Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to Friday, August 8, 2008. By agreeing to this stipulation, Defendants do not waive, and specifically preserve, all defenses, challenges, and responses to the First Amended Complaint and to this action generally that exist as of the date of this stipulation;

2) Defendants' motion to dismiss the First Amended Complaint, and any related papers, shall be filed no later than Friday, August 8, 2008;

3) Plaintiff's responding brief shall be filed no later than Friday, August 29, 2008;

4) Defendants' reply brief shall be filed no later than Friday, September 12, 2008;

5) Defendants' motion to dismiss will be heard at 9:00 a.m. on Friday,

1
STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 HRL

421217.01

September 26, 2008, or as soon thereafter as the Court may hear the matter; and

    6)    The initial Case Management Conference shall be continued to September 26, 2008 at 10:30 a.m., to correspond with the hearing on Defendants' motion to dismiss.

Dated: July 15, 2008                                 KEKER & VAN NEST, LLP

By:_____
STEVEN P. RAGLAND
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual

Dated: July 15, 2008                                 MacPHERSON KWOK CHEN & HEID LLP

By:_____
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC

## **ORDER**

    GOOD CAUSE APPEARING, the response, briefing, and hearing schedule set forth in the foregoing stipulation is hereby approved by the Court.

    The Case Management Conference in the above-captioned matter that was previously set for September 12, 2008 at 10:30 a.m. is hereby continued to September 26, 2008 at 10:30 a.m.

    IT IS SO ORDERED

Dated:_____        _____
                                                                    HONORABLE JEREMY FOGEL
                                                                    UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 HRL

421217.01