KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
COURTNEY TOWLE - #221698
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com
ctowle@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                                    Plaintiff,<br><br>        v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                                    Defendants. | Case No. C08 02581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION RESPONDING TO COMPLAINT; AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Jeremy Fogel<br><br>Date Comp. Filed:     May 21, 2008<br><br>Trial Date:  None set. |

STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 JF

421217.01

1    Pursuant to N.D. Cal. Civil Local Rules 7-1(a)(5), 7-12, and 16-2(e), the undersigned

2  parties submit the following Stipulation and Proposed Order.

3    WHEREAS, Plaintiff Landmark Screens, LLC filed its First Amended Complaint on

4  June 11, 2008;

5    WHEREAS, following service of the First Amended Complaint, the parties stipulated to

6  enlarge Defendants' time to respond to the First Amended Complaint from July 7, 2008 to

7  July 28, 2008;

8    WHEREAS, this case was initially assigned to Magistrate Judge Howard R. Lloyd;

9    WHEREAS, following a request for reassignment, this matter was reassigned to this

10  Court on July 9, 2008;

11    WHEREAS, an initial case management conference is currently scheduled for

12  September 12, 2008 at 10:30 a.m.;

13    WHEREAS, the first date available for a hearing on Defendants' motion in response to

14  the First Amended Complaint is Friday, September 26, 2008 at 9:00 a.m.;

15    WHEREAS, pursuant to agreement of the parties;

16    IT IS HEREBY STIPULATED THAT:

17    1)    Pursuant to Civil Local Rules 6-1(b) and 6-2, the deadline for all Defendants to

18  answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to Friday,

19  August 8, 2008.  By agreeing to this stipulation, Defendants do not waive, and specifically

20  preserve, all defenses, challenges, and responses to the First Amended Complaint and to this

21  action generally that exist as of the date of this stipulation;

22    2)    Defendants' motion responding to the First Amended Complaint, and any related

23  papers, shall be filed no later than Friday, August 8, 2008;

24    3)    Plaintiff's responding brief shall be filed no later than Friday, August 29, 2008;

25    4)    Defendants' reply brief shall be filed no later than Friday, September 12, 2008;

26    5)    Defendants' motion will be heard at 9:00 a.m. on Friday, September 26, 2008, or

27  as soon thereafter as the Court may hear the matter; and

28

1

1    6)    The initial Case Management Conference shall be continued to September 26,

2    2008 at 10:30 a.m., to correspond with the hearing on Defendants' motion.

3

4    Dated:  July 15, 2008                              KEKER & VAN NEST, LLP

5

6                                                  By:  */s/ Steven P. Ragland*
                                                       STEVEN P. RAGLAND
7                                                      Attorneys for Defendants
                                                       MORGAN, LEWIS & BOCKIUS LLP, a limited
8                                                      liability partnership; and THOMAS D. KOHLER,
                                                       an individual
9

10   Dated:  July 15, 2008                              MacPHERSON KWOK CHEN & HEID LLP

11

12                                                 By:  */s/ Clark S. Stone*
                                                       CLARK S. STONE
13                                                     Attorneys for Plaintiff
                                                       LANDMARK SCREENS, LLC
14

15

16                                         **ORDER**

17       GOOD CAUSE APPEARING, the response, briefing, and hearing schedule set forth in

18   the foregoing stipulation is hereby approved by the Court.

19       The Case Management Conference in the above-captioned matter that was previously set

20   for September 12, 2008 at 10:30 a.m. is hereby continued to September 26, 2008 at 10:30 a.m.

21       PURSUANT TO STIPULATION, IT IS SO ORDERED

22

23   Dated:_____    _____
                                         HONORABLE JEREMY FOGEL
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28

2

421217.01