1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  WENDY J. THURM - #163558
   STEVEN P. RAGLAND - #221076
3  COURTNEY TOWLE - #221698
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:     (415) 391-5400
5  Facsimile:      (415) 397-7188
   epeters@kvn.com
6  wthurm@kvn.com
   sragland@kvn.com
7  ctowle@kvn.com

8  Attorneys for Defendants
   MORGAN, LEWIS & BOCKIUS LLP
9  and THOMAS D. KOHLER

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No. C08 02581 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION RESPONDING TO COMPLAINT; AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual, | |
| Defendants. | |
| | Judge:     Hon. Jeremy Fogel |
| | Date Comp. Filed:    May 21, 2008 |
| | Trial Date: None set. |

STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST
AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS'
MOTION; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 JF

421217.01

1   Pursuant to N.D. Cal. Civil Local Rules 7-1(a)(5), 7-12, and 16-2(e), the undersigned
2   parties submit the following Stipulation and Proposed Order.
3   WHEREAS, Plaintiff Landmark Screens, LLC filed its First Amended Complaint on
4   June 11, 2008;
5   WHEREAS, following service of the First Amended Complaint, the parties stipulated to
6   enlarge Defendants' time to respond to the First Amended Complaint from July 7, 2008 to
7   July 28, 2008;
8   WHEREAS, this case was initially assigned to Magistrate Judge Howard R. Lloyd;
9   WHEREAS, following a request for reassignment, this matter was reassigned to this
10  Court on July 9, 2008;
11  WHEREAS, an initial case management conference is currently scheduled for
12  September 12, 2008 at 10:30 a.m.;
13  WHEREAS, the first date available for a hearing on Defendants' motion in response to
14  the First Amended Complaint is Friday, September 26, 2008 at 9:00 a.m.;
15  WHEREAS, pursuant to agreement of the parties;
16  IT IS HEREBY STIPULATED THAT:
17  1)   Pursuant to Civil Local Rules 6-1(b) and 6-2, the deadline for all Defendants to
18  answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to Friday,
19  August 8, 2008.  By agreeing to this stipulation, Defendants do not waive, and specifically
20  preserve, all defenses, challenges, and responses to the First Amended Complaint and to this
21  action generally that exist as of the date of this stipulation;
22  2)   Defendants' motion responding to the First Amended Complaint, and any related
23  papers, shall be filed no later than Friday, August 8, 2008;
24  3)   Plaintiff's responding brief shall be filed no later than Friday, August 29, 2008;
25  4)   Defendants' reply brief shall be filed no later than Friday, September 12, 2008;
26  5)   Defendants' motion will be heard at 9:00 a.m. on Friday, September 26, 2008, or
27  as soon thereafter as the Court may hear the matter; and
28

421217.01

1

STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND TO FIRST
AMENDED COMPLAINT; SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS'
MOTION; AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C08 02581 JF

6) The initial Case Management Conference shall be continued to September 26, 2008 at 10:30 a.m., to correspond with the hearing on Defendants' motion.

Dated: July 15, 2008

KEKER & VAN NEST, LLP

By: */s/ Steven P. Ragland*
STEVEN P. RAGLAND
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual

Dated: July 15, 2008

MacPHERSON KWOK CHEN & HEID LLP

By: */s/ Clark S. Stone*
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC

**ORDER**

GOOD CAUSE APPEARING, the response, briefing, and hearing schedule set forth in the foregoing stipulation is hereby approved by the Court.

The Case Management Conference in the above-captioned matter that was previously set for September 12, 2008 at 10:30 a.m. is hereby continued to September 26, 2008 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/17/08

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE