CLARK S. STONE (SBN 202123)
STEVEN M. LEVITAN (SBN 148716)
INCHAN A. KWON (SBN 247614)
**MacPHERSON KWOK CHEN & HEID LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
email:
cstone@macpherson-kwok.com
slevitan@macpherson-kwok.com
ikwon@macpherson-kwok.com

EDWARD J. MCINTYRE (SBN 80402)
WILLIAM N. KAMMER (SBN 53848)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, California 92101
Phone: (619) 231-0303
Facsimile: (619) 231-4755
email:
emcintyre@swsslaw.com
wkammer@swsslaw.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual,<br><br>            Defendants. | Case No: 5:08-cv-2581 JF<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

**PLAINTIFF'S ADR CERTIFICATION—Case No. 5:08-cv-2581 JF**                                                                 1

1     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

DATED: September 5, 2008      LANDMARK SCREENS, LLC

By    /s/ John Mozart
John Mozart
*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-ECF user signatories, Clark S. Stone hereby attests that concurrence in the filing of this ADR Certification by Party and Counsel has been obtained from John Mozart.*

DATED: September 5, 2008      MacPHERSON KWOK CHEN & HEID LLP

By    /s/ Clark S. Stone
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC