UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No: 5:08-cv-2581 JF |
| Plaintiff, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| v. | |
| MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference: September 26, 2008

The following counsel will participate in the ADR phone conference:

Clark S. Stone
MacPherson Kwok Chen & Heid LLP
Counsel for Plaintiff, Landmark Screens, LLC
Phone: (408) 392-9250
Email: cstone@macpherson-kwok.com

Elliot R. Peters
Keker & Van Nest LLP
Counsel for Defendants, Morgan, Lewis & Bockius LLP and Thomas D. Kohler
Phone: (415) 391-5400
Email: epeters@kvn.com

DATED: September 5, 2008                MacPHERSON KWOK CHEN & HEID LLP


By ____/s/ Clark S. Stone_____
    CLARK S. STONE
    Attorneys for Plaintiff
    LANDMARK SCREENS, LLC

1    DATED: September 5, 2008              KEKER & VAN NEST LLP

2

3                                          By ____/s/ Elliot R. Peters_____
                                              Elliot R. Peters
4                                             Attorneys for Defendants
                                              MORGAN, LEWIS & BOCKIUS LLP
5                                             and THOMAS D. KOHLER
                                              *Filer's Attestation: Pursuant to General Order
6                                             No. 45, Section X.B. regarding non-filing
                                              signatories, Clark S. Stone hereby attests that
7                                             concurrence in the filing of this Notice of Need
                                              for ADR Phone Conference has been obtained
8                                             from Elliot R. Peters.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28