| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | WENDY J. THURM - #163558 |
| | STEVEN P. RAGLAND - #221076 |
| 3 | COURTNEY TOWLE - #221698 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:    (415) 391-5400 |
| 5 | Facsimile:    (415) 397-7188 |
| | epeters@kvn.com |
| 6 | wthurm@kvn.com |
| | sragland@kvn.com |
| 7 | ctowle@kvn.com |

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No. 5:08-cv-2581 JF |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 5, 2008          MORGAN, LEWIS & BOCKIUS, LLP

BY:     */s/ Michael A. Bloom*
MICHAEL A. BLOOM
*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-ECF user signatories, Elliot R. Peters hereby attests that concurrence in the filing of this ADR Certification by Party and Counsel has been obtained from Michael A. Bloom*

Dated: September 5, 2008          THOMAS D. KOHLER

    */s/ Thomas D. Kohler*
*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-ECF user signatories, Elliot R. Peters hereby attests that concurrence in the filing of this ADR Certification by Party and Counsel has been obtained from Thomas D. Kohler*

Dated: September 5, 2008          KEKER & VAN NEST, LLP

BY:     */s/ Elliot R. Peters*
ELLIOT R. PETERS
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS, LLP
and THOMAS D. KOHLER