KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

**E-Filed 2/2/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>　　　　　　　　　　　　Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:    Honorable Jeremy Fogel<br>　　　　　Courtroom 3, 5th Floor<br><br>Date Comp. Filed:    May 21, 2008<br><br>Trial Date: None set |

1    Pursuant to Civil L.R. 6-2 and 7-12, the Parties hereby enter into the following

2 Stipulation to Enlarge Time to File Responsive Pleading to Second Amended Complaint.

3    WHEREAS, on January 20, 2009, the Court granted in part and denied in part

4 Defendants' motion to dismiss the Second Amended Complaint;

5    WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants have until

6 Tuesday, February 3, 2009 to file their Responsive Pleading to the Second Amended Complaint;

7    WHEREAS, Defendants have requested from Plaintiff Landmark Screens, LLC

8 additional time in which to file their Responsive Pleading to the Second Amended Complaint,

9 and Plaintiff Landmark Screens, LLC has agreed to such an extension of time;

10    WHEREAS, Plaintiff Landmark Screens, LLC has requested from Defendants additional

11 time in which to file a Responsive Pleading to Defendants' Responsive Pleading and Defendants

12 have agreed to such an extension of time;

13    WHEREAS, the parties previously stipulated to enlarge time to respond to the First

14 Amended Complaint (Docket No. 6); that following reassignment from a Magistrate Judge to

15 this Court, the parties stipulated to a response and briefing cycle for a motion to dismiss the First

16 Amended Complaint (Docket Nos. 13, 14); and that following the grant of Defendants' motion to

17 dismiss and Plaintiff's filing of a Second Amended Complaint, the parties stipulated to a

18 response and briefing cycle for a motion to dismiss the Second Amended Complaint (Docket No.

19 32);

20    WHEREAS, this is the first request to extend time to file a Responsive Pleading

21 following the Court's January 20, 2009 Order.

22    WHEREAS, the proposed time modification does not interfere with any scheduled event

23 in this matter and will not materially affect the schedule for this case;

24    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

25    1.    The deadline for Defendants to file their Responsive Pleading to the Second

26 Amended Complaint is continued until Tuesday, February 10, 2009.

27 ///

28 ///

2
STIPULATION AND [PROPOSED] ORDER
Case No. 5:08-cv-2581 JF
435084.01

2. The deadline for Plaintiff to file a Responsive Pleading, if any, to Defendants' Responsive Pleading shall be and is extended by seven (7) days.

Dated: January 29, 2009                           KEKER & VAN NEST, LLP

                                                  By: */s/ Steven P. Ragland*
                                                      STEVEN P. RAGLAND
                                                      Attorneys for Defendants
                                                      MORGAN, LEWIS & BOCKIUS LLP and
                                                      THOMAS D. KOHLER

Dated: January 28, 2009                           MacPHERSON KWOK CHEN & HEID LLP

                                                  By: */s/ Clark S. Stone*
                                                      CLARK S. STONE
                                                      Attorneys for Plaintiff
                                                      LANDMARK SCREENS, LLC

                                                      *Filer's Attestation: Pursuant to General Order 45, Steven P. Ragland hereby attests that concurrence in the filing of this document has been obtained from Clark S. Stone.*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference set for February 6, 2009 is CONTINUED to February 27, 2009.

Dated: 1/30/09                                    _____
                                                  HONORABLE JEREMY FOGEL