**E-Filed 11/16/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>Defendants. | Case Number C 08-2581 JF (HRL)<br><br>**ORDER[1] REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER**<br><br>RE: Docket No. 33 |

Defendants have filed an objection to several aspects of Magistrate Judge Lloyd's discovery order of October 21, 2009, compelling production of certain documents. Plaintiff shall file its response to the objection, if any, on or before December 2, 2009. Defendants may file a reply to Plaintiff's response, if any, on or before December 9, 2009. The matter thereafter will be

//

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-2581 JF (HRL)
ORDER REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER
(JFLC3)

taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: 11/16/09

_____
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

Clark S. Stone     clark.stone@haynesboone.com, sjctemp1@haynesboone.com

Courtney Towle     ctowle@texarkanalaw.com

Edward John McIntyre     emcintyre@swsslaw.com, dpierson@swsslaw.com

Elliot Remsen Peters     epeters@kvn.com, aap@kvn.com, efiling@kvn.com

Inchan Andrew Kwon     inchan.kwon@haynesboone.com, edward.kwok@haynesboone.com, efilesjc@haynesboone.com, sjctemp1@haynesboone.com

John Elliot Trinidad     jtrinidad@kvn.com, efiling@kvn.com

Steven Mark Levitan     steve.levitan@haynesboone.com

Steven Paul Ragland     sragland@kvn.com, efiling@kvn.com, jwinars@kvn.com

Wendy Jill Thurm     wthurm@kvn.com, efiling@kvn.com, llind@kvn.com, pwm@kvn.com

William N. Kammer     wkammer@swsslaw.com, rtang@swsslaw.com