**\*\* E-filed December 15, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br>    v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual,<br><br>            Defendants.<br>_____/ | No. C08-02581 JF (HRL)<br><br>**ORDER FOLLOWING *IN CAMERA* REVIEW**<br><br>**[Re: Docket No. 62]** |

This court previously ordered plaintiff to submit for an *in camera* review a number of documents that defendant Morgan, Lewis & Bockius LLP ("MLB") alleged were improperly withheld on privilege grounds. (*See* Docket No. 81.) Having completed its review of the submitted documents, the court concludes that plaintiff shall produce within seven days of this order:

1. The following unredacted documents as they appear on Landmark's September 2, 2009 privilege log: 102, 104, 108, 111, 118–19.

2. The following documents as they appear on The Patent Law Group, LLP's September 2, 2009 privilege log: 1–30.

**IT IS SO ORDERED.**

Dated: December 15, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02581 Notice will be electronically mailed to:**

| | |
|---|---|
| Clark S. Stone | clark.stone@haynesboone.com, sjctemp1@haynesboone.com |
| Courtney Towle | ctowle@texarkanalaw.com |
| Edward John McIntyre | emcintyre@swsslaw.com, dpierson@swsslaw.com |
| Elliot Remsen Peters | epeters@kvn.com, aap@kvn.com, efiling@kvn.com |
| Inchan Andrew Kwon | inchan.kwon@haynesboone.com, edward.kwok@haynesboone.com, efilesjc@haynesboone.com, sjctemp1@haynesboone.com |
| John Elliot Trinidad | jtrinidad@kvn.com, efiling@kvn.com |
| Steven Mark Levitan | steve.levitan@haynesboone.com |
| Steven Paul Ragland | sragland@kvn.com, efiling@kvn.com, jwinars@kvn.com |
| Wendy Jill Thurm | wthurm@kvn.com, efiling@kvn.com, llind@kvn.com, pwm@kvn.com |
| William N. Kammer | wkammer@swsslaw.com, rtang@swsslaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2