** E-filed December 21, 2009 **

KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
JOHN E. TRINIDAD - #250468
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com
jtrinidad@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

CLARK S. STONE - #202123
STEVEN M. LEVITAN - #148716
INCHAN A. KWON - #247614
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA  95110
Telephone:     (408) 392-9250
Facsimile:     (408) 392-9262
clark.stone@haynesboone.com
steve.levitan@haynesboone.com
inchan.kwon@haynesboone.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                              Plaintiff,<br><br>       v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                              Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED**<br><br>Old Date:   Tues., Jan. 12, 2010<br>New Date:  Tues, Jan. 19, 2010<br>Time:        10:00 am<br>Judge:       Hon. Howard R. Lloyd<br>Place:        Courtroom 2, 5th Floor |

1

464135.02

This stipulation is entered into by and between Plaintiff Landmark Screens, LLC ("Landmark") and Defendants Morgan, Lewis & Bockius LLP ("MLB") and Thomas D. Kohler ("Kohler") as follows:

WHEREAS, on December 1, 2009, Landmark filed a  Notice of Motion and Motion to Compel Production of Documents Withheld as Privileged which noticed the hearing for the motion for January 5, 2010 at 10:00 a.m. before the Honorable Howard R. Lloyd [Docket No. 85];

WHEREAS, counsel for all parties entered into a stipulation to continue the hearing until January 12, 2010 at 10:00 a.m. before the Honorable Howard R. Lloyd [Docket No. 93];

WHEREAS, on December 17, 2009, the Court of Appeal for the State of California (Sixth Appellate District) notified the parties that it would hold oral argument in *Landmark Screens, LLC v. Morgan, Lewis & Bockius LLP and Thomas D. Kohler* (Court of App. Case No. H033285) on January 12, 2010;

WHEREAS, counsel for all parties now must appear in the Sixth District Court of Appeal on January 12, 2010;

WHEREAS, counsel for all parties have represented that they are available for hearing on Landmark's Motion to Compel on January 19, 2010 at 10:00 a.m.;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that:

(1) Pursuant to Civil Local Rules 6-1(a) and 7-7(a), the hearing on Landmark's Motion to Compel Production of Documents Withheld as Privileged shall be continued to January 19, 2010 at 10:00 a.m. before the Honorable Howard R. Lloyd.

(2) Pursuant to Civil Local Rules 7-7(d), Defendants MLB and Kohler shall file their brief in opposition to Landmark's motion on December 23, 2009, and Landmark shall file its reply brief in support of its motion on January 5, 2010.  .

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED
Case No. 5:08-cv-2581 JF

1    Dated:  December 21, 2009                    KEKER & VAN NEST LLP

2

3
                                                  By:   /s/ Wendy J. Thurm
4                                                       WENDY J. THURM
                                                        Attorneys for Defendants
5                                                       MORGAN, LEWIS & BOCKIUS LLP
                                                        and THOMAS D. KOHLER
6

7
     Dated:  December 21, 2009                    HAYNES AND BOONE, LLP
8

9

10                                                By:   /s/ Clark S. Stone
                                                        CLARK S. STONE
11                                                      Attorneys for Plaintiff
                                                        LANDMARK SCREENS, LLC
12
                                                  *Filer's Attestation:  Pursuant to General
13                                                Order No. 45, Section X.B. regrinding non-
                                                  filing signatories, Wendy J. Thurm hereby
14                                                attests that concurrence in the filing of this
                                                  Stipulation and [Proposed] Order has been
15                                                obtained from Clark S. Stone.*

16

17                                 ~~[PROPOSED]~~ ORDER

18

19          IT IS SO ORDERED.

20

21   Dated:  ___December 21_____, _2009__

22

23
                                                  _____
24                                                HON. HOWARD R. LLOYD
                                                  United States Magistrate Judge
25

26

27

28

                                         3

464135.02