1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  WENDY J. THURM - #163558
   STEVEN P. RAGLAND - #221076
3  JOHN E. TRINIDAD - #250468
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone:   (415) 391-5400
5  Facsimile:   (415) 397-7188
   epeters@kvn.com
6  wthurm@kvn.com
   sragland@kvn.com
7  jtrinidad@kvn.com

8  Attorneys for Defendants
   MORGAN, LEWIS & BOCKIUS LLP
9  and THOMAS D. KOHLER

10 CLARK S. STONE - #202123
   STEVEN M. LEVITAN - #148716
11 INCHAN A. KWON - #247614
   HAYNES AND BOONE, LLP
12 2033 Gateway Place, Suite 400
   San Jose, CA 95110
13 Telephone:   (408) 392-9250
   Facsimile:   (408) 392-9262
14 clark.stone@haynesboone.com
   steve.levitan@haynesboone.com
15 inchan.kwon@haynesboone.com

16 Attorneys for Plaintiff
   LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Judge:　　Hon. Jeremy Fogel<br>　　　　　　Courtroom 3<br><br>Comp. Filed:　May 21, 2008<br>Trial Date:　　None set |

---

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE
Case No. 5:08-cv-2581 JF

464251.01

1    This stipulation is entered into by and between Plaintiff Landmark Screens, LLC
2    ("Landmark") and Defendants Morgan Lewis & Bockius LLP ("MLB") and Thomas D. Kohler
3    ("Kohler"), pursuant to Civil Local Rule 6-2, as follows:
4        WHEREAS, on November 30, 2005, Landmark filed a complaint for legal malpractice
5    and other claims against MLB, Kohler and Pennie & Edmonds LLP in Santa Clara County
6    Superior Court, Case No. 1-05-CV-053568 (the "State Court Action");
7        WHEREAS, on or around March 2008, Landmark entered into a settlement with Pennie
8    & Edmonds and Thomas Kohler (in his capacity as a Pennie partner), and continued to prosecute
9    the State Court Action against MLB and Kohler (in his capacity as an MLB partner);
10       WHEREAS, on May 21, 2008, the Superior Court sustained MLB and Kohler's
11   Demurrer to Landmark's state court complaint without leave to amend, finding that it lacked
12   subject matter jurisdiction because Landmark's claims required resolution of a substantial
13   question of federal patent law;
14       WHEREAS, thereafter, Landmark filed a notice of appeal (the "State Court Appeal");
15       WHEREAS, on May 21, 2008, Landmark filed this federal action based on federal
16   jurisdiction under 28 U.S.C. §§1331 and 1338;
17       WHEREAS, on November 3, 2008, Landmark filed its Second Amended Complaint in
18   this action [Docket No. 31];
19       WHEREAS, on January 20, 2009, the Court issued an order Granting in Part and
20   Denying in Part Defendants' Motion to Dismiss Landmark's Second Amended Complaint
21   [Docket No. 42];
22       WHEREAS, on May 15, 2009, the parties participated in a Case Management
23   Conference during which the Court heard MLB and Kohler's proposal to stay fact discovery
24   pending resolution of the State Court Appeal;
25       WHEREAS during the May 15, 2009 Case Management conference, the court set a
26   January 30, 2010 fact discovery cut-off and scheduled a Further Case Management Conference
27   for February 5, 2010;
28       WHEREAS, on September 1, 2009, MLB filed a Motion to Compel Production of

1  Documents and Compel In Camera Review of Documents [Docket No. 62], and the motion was
2  granted in part and denied in part on October 21, 2009 [Docket No. 81]
3       WHEREAS, MLB filed Objections to the Magistrate's Order [Docket No. 82], and the
4  Court issued its ruling on those objections on December 15, 2009 [Docket No. 94];
5       WHEREAS, pursuant to Magistrate Lloyd's in camera review, Landmark was ordered to
6  produce certain documents by December 22, 2009 [Docket No. 95];
7       WHEREAS, on December 1, 2009, Landmark filed a Motion to Compel Production of
8  Documents Withheld as Privileged [Docket No. 85], and a hearing on that motion is set for
9  January 19, 2010 [Docket No. 97]
10      WHEREAS, on December 17, 2009, the Court of Appeal for the State of California
11 (Sixth Appellate District) notified the parties that it would hold oral argument in the State Court
12 Appeal on January 12, 2010;
13      WHEREAS, all parties agree that additional time for fact discovery is warranted in this
14 action due to the ongoing nature of the State Court Appeal, the time consumed by the parties'
15 separate motions directed to privilege issues, and other issues that have arisen during the course
16 of discovery to date;
17      NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
18 their respective counsel of record, that:
19      (1) The deadline by which all fact discovery shall be completed is extended to and
20 including May 28, 2010;
21      (2) The Case Management Conference currently scheduled for February 5, 2010 shall
22 remain on calendar.
23      IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: December 23, 2009 | | KEKER & VAN NEST LLP |
| | By: | /s/ Wendy J. Thurm |
| | | WENDY J. THURM |
| | | Attorneys for Defendants |
| | | MORGAN, LEWIS & BOCKIUS LLP |
| | | and THOMAS D. KOHLER |
| Dated: December 23, 2009 | | HAYNES AND BOONE, LLP |
| | By: | /s/ Clark S. Stone |
| | | CLARK S. STONE |
| | | Attorneys for Plaintiff |
| | | LANDMARK SCREENS, LLC |

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regrinding non-filing signatories, Wendy J. Thurm hereby attests that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from Clark S. Stone.*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/4/10           ,

_____
HON. JEREMY FOGEL
United States District Court Judge