\*\* **E-filed February 3, 2010** \*\*

**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual,<br><br>　　　　　Defendants.<br>_____/ | No. C08-02581 JF (HRL)<br><br>**ORDER FOLLOWING** *IN CAMERA* **REVIEW**<br><br>**[Re: Docket No. 85]** |

　　　　This court previously ordered defendant Morgan, Lewis & Bockius LLP ("MLB") to submit for an *in camera* review a number of documents that MLB has withheld on privilege grounds but that plaintiff alleges should be disclosed pursuant to the crime-fraud exception to the attorney-client privilege. (*See* Docket No. 108.) Having completed its review of the submitted documents, the court concludes that they reveal no evidence that could support the application of the crime-fraud exception in this case. Accordingly, no further disclosure is necessary at this time.

　　　　**IT IS SO ORDERED.**

Dated: February 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02581 Notice will be electronically mailed to:**

| | |
|---|---|
| Clark S. Stone | clark.stone@haynesboone.com, sjctemp1@haynesboone.com |
| Courtney Towle | ctowle@texarkanalaw.com |
| Edward John McIntyre | emcintyre@swsslaw.com, dpierson@swsslaw.com |
| Elliot Remsen Peters | epeters@kvn.com, aap@kvn.com, efiling@kvn.com |
| Inchan Andrew Kwon | inchan.kwon@haynesboone.com, edward.kwok@haynesboone.com, efilesjc@haynesboone.com, sjctemp1@haynesboone.com |
| John Elliot Trinidad | jtrinidad@kvn.com, efiling@kvn.com |
| Steven Mark Levitan | steve.levitan@haynesboone.com |
| Steven Paul Ragland | sragland@kvn.com, efiling@kvn.com, jwinars@kvn.com |
| Wendy Jill Thurm | wthurm@kvn.com, efiling@kvn.com, llind@kvn.com, pwm@kvn.com |
| William N. Kammer | wkammer@swsslaw.com, rtang@swsslaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2