KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
WENDY J. THURM - #163558
STEVEN P. RAGLAND - #221076
JOHN E. TRINIDAD - #250468
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
epeters@kvn.com
wthurm@kvn.com
sragland@kvn.com
jtrinidad@kvn.com

**E-Filed 8/13/2010**

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

CLARK S. STONE - #202123
STEVEN M. LEVITAN - #148716
INCHAN A. KWON - #247614
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA  95110
Telephone:     (408) 392-9250
Facsimile:      (408) 392-9262
clark.stone@haynesboone.com
steve.levitan@haynesboone.com
inchan.kwon@haynesboone.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                              Plaintiff,<br><br>       v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                              Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 10, 2010 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 17, 2010** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SEPTEMBER 10, 2010 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 17, 2010
Case No. 5:08-cv-2581 JF

506912.02

1    This stipulation is entered into by and between Plaintiff Landmark Screens, LLC and
2 Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler as follows:
3    WHEREAS, a Case Management Conference in the above-titled action is currently
4 scheduled for September 10, 2010;
5    WHEREAS, September 10, 2010 falls during the observation of Rosh Hashanah;
6    WHEREAS, to avoid the conflict with Rosh Hashanah and for the convenience of
7 counsel, the parties agree that the Case Management Conference should be continued;
8    WHEREAS, counsel for defendants has confirmed the Court's availability for a Case
9 Management Conference on September 17, 2010;

11   NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
12 their respective counsel of record, that the Case Management Conference currently scheduled for
13 Friday, September 10, 2010 at 10:30 a.m. shall be continued until Friday, September 17, 2010 at
14 10:30 a.m.

16   IT IS SO STIPULATED.

18 Dated:  August 11, 2010                          KEKER & VAN NEST LLP

                                                   By:  /s/ Elliot R. Peters
                                                        ELLIOT R. PETERS
                                                        Attorneys for Defendants
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        and THOMAS D. KOHLER

506912.02

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SEPTEMBER 10, 2010 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 17, 2010
Case No. 5:08-cv-2581 JF

1  Dated:  August 11, 2010                                          HAYNES AND BOONE, LLP

                                                    By:   /s/ Clark S. Stone
                                                          CLARK S. STONE
                                                          Attorneys for Plaintiff
                                                          LANDMARK SCREENS, LLC

*Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regrinding non-filing signatories, Elliot R. Peters hereby attests that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from Clark S. Stone.*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/13/2010          ,  _____

                                                    _____
                                                    HON. JEREMY FOGEL
                                                    United States District Judge

506912.02

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SEPTEMBER 10, 2010 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 17, 2010
Case No. 5:08-cv-2581 JF