| | |
|---|---|
| 1  CLARK S. STONE (SBN 202123) | |
|    STEVEN M. LEVITAN (SBN 148716) | **E-Filed 8/27/2010** |
| 2  INCHAN A. KWON (SBN 247614) | |
|    **HAYNES AND BOONE, LLP** | |
| 3  2033 Gateway Place, Suite 400 | |
|    San Jose, California 95110 | |
| 4  Telephone: (408) 660-4120 | |
|    Facsimile: (408) 660-4121 | |
| 5  E-mail:clark.stone@haynesboone.com | |
|           steve.levitan@haynesboone.com | |
| 6         inchan.kwon@haynesboone.com | |

7  Attorneys for Plaintiff
   LANDMARK SCREENS, LLC
8
   ELLIOT R. PETERS (SBN 158703)
9  WENDY J. THURM (SBN 163558)
   STEVEN P. RAGLAND (SBN 221076)
10 JOHN E. TRINIDAD (SBN 250468)
   **KEKER & VAN NEST LLP**
11 710 Sansome Street
   San Francisco, CA  94111-1704
12 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
13 Email: epeters@kvn.com
          wthurm@kvn.com
14        sragland@kvn.com
          jtrinidad@kvn.com
15
   Attorneys for Defendants
16 MORGAN, LEWIS & BOCKIUS LLP
   and THOMAS D. KOHLER
17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19
                             SAN JOSE DIVISION
20

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No. 5:08-cv-2581 JF (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR PURPOSE OF COMPLETING PREVIOUSLY NOTICED DEPOSITIONS** |
| v. | |
| MORGAN, LEWIS & BOCKIUS, LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual, | Judge:          Hon. Jeremy Fogel<br>                Courtroom 3 |
| Defendants. | Complaint Filed: May 21, 2008<br>Trial Date:       None set |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR PURPOSE OF
COMPLETING PREVIOUSLY NOTICED DEPOSITIONS– CASE NO. 5:08-cv-2581 JF (HRL)**

1   This stipulation is entered into by and between Plaintiff Landmark Screens, LLC
2   ("Landmark") and Defendants Morgan, Lewis & Bockius LLP ("MLB") and Thomas D. Kohler
3   (collectively with MLB, "Defendants") as follows:
4   WHEREAS, on May 14, 2010, the Court set an August 26, 2010 fact discovery cut-off and
5   scheduled a Case Management Conference for September 10, 2010;
6   WHEREAS, on August 13, 2010, the Court continued the September 10, 2010 Case
7   Management Conference to September 17, 2010;
8   WHEREAS, on July 6, 2010, Defendants filed a Motion to Compel Fed. R. Civ. P.
9   30(b)(6) Designations and Testimony of Landmark ("Defendants' Motion to Compel");
10  WHEREAS, on August 13, 2010, Magistrate Judge Howard Lloyd, granting in part and
11  denying in part Defendants' Motion to Compel, ordered Landmark to designate a Rule 30(b)(6)
12  witness to testify on 13 deposition topics (the "Magistrate's Order");
13  WHEREAS, on or before August 27, 2010, Landmark intends to file objections to the
14  Magistrate's Order;
15  WHEREAS, until resolution of Landmark's objections to the Magistrate's Order, the
16  parties do not know what additional Rule 30(b)(6) deposition testimony Landmark will be
17  required to present;
18  WHEREAS, MLB has designated two witnesses for Rule 30(b)(6) depositions in
19  Philadelphia, and Landmark has noticed the deposition of an additional MLB witness located in
20  Philadelphia;
21  WHEREAS, due to scheduling conflicts, the parties have been unable to schedule the
22  Philadelphia depositions until October 13-14, 2010;
23  WHEREAS, Landmark has noticed the deposition of a former MLB partner in San
24  Francisco;
25  WHEREAS, due to scheduling conflicts, the parties were unable to schedule the San
26  Francisco deposition for July or August 2010 and are currently attempting to schedule the
27  deposition for a date in September 2010; and
28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR
PURPOSE OF COMPLETING PREVIOUSLY NOTICED DEPOSITIONS– CASE NO. 5:08-cv-2581 JF (HRL)**          1

1  WHEREAS, the parties require additional time to complete these previously noticed
2  depositions and agree that an extension of the fact discovery deadline for the purpose of
3  completing these depositions is warranted given that the Philadelphia depositions are scheduled
4  for October 13-14, 2010, the deposition of a former MLB partner in San Francisco has yet to be
5  scheduled, and, until resolution of Landmark's objections to the Magistrate's Order, it is uncertain
6  what additional Rule 30(b)(6) deposition testimony Landmark will be required to present.

7  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
8  their respective counsel of record, that:

9  1) The fact discovery deadline shall be extended to October 21, 2010 for the purpose
10 of completing the previously noticed depositions listed above;

11 2) Should the parties be unable to complete these depositions prior to October 21,
12 2010, despite best efforts to coordinate scheduling, the fact discovery cut-off shall be further
13 extended as necessary for that limited purpose; and

14 3) The Case Management Conference currently scheduled for September 17, 2010
15 shall remain on calendar.

16 IT IS SO STIPULATED.

17 DATED: August 26, 2010                HAYNES AND BOONE, LLP

                                        By: /s/ Clark S. Stone
19                                          Clark S. Stone
                                            Attorneys for Plaintiff
20                                          LANDMARK SCREENS, LLC

22 DATED: August 26, 2010                KEKER AND VAN NEST LLP

                                        By: /s/ Steven P. Ragland
24                                          Steven P. Ragland
                                            Attorneys for Defendants
25                                          MORGAN, LEWIS & BOCKIUS LLP and
                                            THOMAS D. KOHLER

27                                      *Filer's Attestation: Pursuant to General Order
                                        No. 45, Section X.B. regarding non-filing
28                                      signatories, Clark S. Stone hereby attests that
                                        concurrence in the filing of this Stipulation has
                                        been obtained from Steven P. Ragland*

**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR
PURPOSE OF COMPLETING PREVIOUSLY NOTICED DEPOSITIONS– CASE NO. 5:08-cv-2581 JF (HRL)**          2

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: August 27, 2010

HON. JEREMY FOGEL
United States District Judge