**E-Filed 9/10/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>    v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>          Defendants. | Case Number 5:08-cv-02581-JF/HRL<br><br>**ORDER SETTING BRIEFING SCHEDULE RE LANDMARK'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER** |

   Plaintiff Landmark Screens, LLC ("Landmark") seeks relief from a nondispositive pretrial order issued by Magistrate Judge Lloyd on August 13, 2010.  Defendants shall file any opposition on or before September 24, 2010.  Landmark shall file any reply on or before October 1, 2010.  The matter thereafter will be submitted without oral argument.

   IT IS SO ORDERED.

DATED: 9/10/2010

_____
JEREMY FOGEL
United States District Judge