**E-Filed 10/25/2010**

1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  WENDY J. THURM - #163558
   STEVEN P. RAGLAND - #221076
3  JOHN E. TRINIDAD - #250468
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:    (415) 391-5400
5  Facsimile:    (415) 397-7188
   epeters@kvn.com
6  wthurm@kvn.com
   sragland@kvn.com
7  jtrinidad@kvn.com

8  Attorneys for Defendants
   MORGAN, LEWIS & BOCKIUS LLP
9  and THOMAS D. KOHLER

10 CLARK S. STONE - #202123
   STEVEN M. LEVITAN - #148716
11 INCHAN A. KWON - #247614
   HAYNES AND BOONE, LLP
12 2033 Gateway Place, Suite 400
   San Jose, CA  95110
13 Telephone:    (408) 392-9250
   Facsimile:    (408) 392-9262
14 clark.stone@haynesboone.com
   steve.levitan@haynesboone.com
15 inchan.kwon@haynesboone.com

16 Attorneys for Plaintiff
   LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                        Plaintiff,<br><br>     v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                        Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND OCTOBER 21, 2010 FACT DISCOVERY DEADLINE**<br><br>Judge:      Hon. Jeremy Fogel<br>               Courtroom 3<br><br>Comp. Filed: May 21, 2008<br>Trial Date:  June 20, 2011 |

1

This stipulation is entered into by and between Plaintiff Landmark Screens, LLC and Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler as follows:

WHEREAS, on August 13, 2010, Magistrate Judge Lloyd granted in part Morgan Lewis's Motion to Compel Fed. R. Civ. P. 30(b)(6) Designations and Testimony of Landmark Screens, LLC, and ordered Landmark to designate witnesses for Rule 30(b)(6) Topics 7, 8, 11-14, 15-16, 34-35, 45-47 [Docket No. 138];

WHEREAS, on August 27, 2010, Landmark Screens filed a Motion for Relief, challenging Magistrate Judge Lloyd's order as it pertains to Rule 30(b)(6) Topics 7, 8, 11-14 [Docket No. 144];

WHEREAS, the parties have completed briefing on Landmark's Motion for Relief [Docket Nos. 159 (Opposition) and 167 (Reply)];

WHEREAS, Landmark's Motion for Relief is still pending before the court;

WHEREAS, on August 27, 2010, the Court entered a Stipulation and Order extending the fact discovery deadline to October 21, 2010 for the purpose of completing the parties' previously noticed depositions, including the remaining Rule 30(b)(6) deposition(s) from Landmark;

WHEREAS, the August 27, 2010 Stipulation and Order states that "[s]hould the parties be unable to complete the depositions prior to October 21, 2010, despite best efforts to coordinate scheduling, the fact discovery cut-off shall be further extended as necessary for that limited purpose";

WHEREAS, Landmark will designate the witness or witnesses to testify on the outstanding 30(b)(6) topics after the Court rules on the pending Motion for Relief;

WHEREAS, the parties require additional time to complete the remaining Rule 30(b)(6) deposition(s) from Landmark;

WHEREAS, the parties agree that extension of the fact discovery deadline for the purpose of completing the Rule 30(b)(6) deposition(s) of Landmark Screens, LLC is warranted;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

1  their respective counsel of record, that:

2      (1) the fact discovery deadline shall be extended to November 23, 2010 for the

3  purpose of completing the Rule 30(b)(6) deposition(s) of Landmark Screens,

4  LLC; and

5

6      (2) should the parties be unable to compete these depositions prior to November

7  23, 2010, despite best efforts to coordinate scheduling, the fact discovery deadline

8  shall be further extended as necessary for this limited purpose.

9

10 IT IS SO STIPULATED.

11 Dated:  October 20, 2010                                    KEKER & VAN NEST LLP

12

13

14                                                                 By:  /s/ Wendy J. Thurm
                                                                      WENDY J. THURM
15                                                                    Attorneys for Defendants
                                                                      MORGAN, LEWIS & BOCKIUS LLP
16                                                                    and THOMAS D. KOHLER

17 Dated:  October 20, 2010                                    HAYNES AND BOONE, LLP

18

19
                                                                 By:  /s/ Clark S. Stone
20                                                                    CLARK S. STONE
                                                                      Attorneys for Plaintiff
21                                                                    LANDMARK SCREENS, LLC

22                                                                    *Filer's Attestation:  Pursuant to General
                                                                      Order No. 45, Section X.B. regrinding non-
23                                                                    filing signatories, Wendy J. Thurm hereby
                                                                      attests that concurrence in the filing of this
24                                                                    Stipulation and [Proposed] Order has been
                                                                      obtained from Clark S. Stone.*

25

26

27

28

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/25/2010 ,

_____
HON. JEREMY FOGEL
United States District Court Judge