| | |
|---|---|
| KEKER & VAN NEST LLP<br>ELLIOT R. PETERS - #158708<br>SUSAN J. HARRIMAN - #111703<br>STEVEN P. RAGLAND - #221076<br>JOHN E. TRINIDAD - #250468<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188<br>epeters@kvn.com<br>sharriman@kvn.com<br>sragland@kvn.com<br>jtrinidad@kvn.com<br><br>Attorneys for Defendants<br>MORGAN, LEWIS & BOCKIUS LLP<br>and THOMAS D. KOHLER<br><br>CLARK S. STONE - #202123<br>STEVEN M. LEVITAN - #148716<br>INCHAN A. KWON - #247614<br>HAYNES AND BOONE, LLP<br>2033 Gateway Place, Suite 400<br>San Jose, CA  95110<br>Telephone:     (408) 392-9250<br>Facsimile:      (408) 392-9262<br>clark.stone@haynesboone.com<br>steve.levitan@haynesboone.com<br>inchan.kwon@haynesboone.com<br><br>Attorneys for Plaintiff<br>LANDMARK SCREENS, LLC | **E-Filed 11/23/2010** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>     v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>            Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES AND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>Judge:      Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor<br><br>Date Comp. Filed:     May 21, 2008<br><br>Trial Date:  June 20, 2011 |

527947.01

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES AND
DEADLINE TO FILE DISPOSITIVE MOTIONS
Case No. 5:08-cv-2581 JF

1    This stipulation is entered into by and between Plaintiff Landmark Screens, LLC
2    ("Landmark") and Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler
3    (collectively "Defendants") as follows:
4    WHEREAS, on September 17, 2010, the Court adopted Landmark's proposed expert
5    discovery schedule contained in the September 10, 2010 Further Joint Case Management
6    Conference Statement.  [*See* Docket Nos. 153, 157];
7    WHEREAS, under the current schedule, expert designations and opening expert reports
8    are due December 2, 2010; rebuttal expert reports are due January 6, 2011; and expert discovery
9    closes on February 24, 2011;
10   WHEREAS, the last day to file dispositive motions under the current schedule is March
11   31, 2011;
12   WHEREAS, on November 15, 2010, Defendants filed a Motion for Summary Judgment
13   or, in the Alternative, Partial Summary Judgment which will be heard on January 14, 2011;
14   WHEREAS, the pending Motion for Summary Judgment or, in the Alternative Partial
15   Summary Judgment, may affect the need for expert discovery in this case;
16   WHEREAS, the parties agree that extending expert discovery until after the hearing on
17   Defendants' Motion for Summary Judgment or, in the Alternative Partial Summary Judgment is
18   warranted;
19   WHEREAS, the parties' proposed revised pre-trial schedule preserves the previously-set
20   April 29, 2011 pretrial conference and June 20, 2011 trial date;
21   NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
22   their respective counsel of record, that:
23   1.   the deadline for expert designations and opening expert reports shall be extended to February 11, 2011;
24
25   2.   the deadline for rebuttal expert reports shall be extended to March 4, 2011;
26   3.   the close of expert discovery shall be extended to March 31, 2011;
27   4.   the last day to file dispositive motions shall be extended to April 15, 2011.
28

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES AND
DEADLINE TO FILE DISPOSITIVE MOTIONS
Case No. 5:08-cv-2581 JF

527947.01

IT IS SO STIPULATED.

Dated:  November 17, 2010                                KEKER & VAN NEST LLP

By:  /s/ Steven P. Ragland
STEVEN P. RAGLAND
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

Dated:  November 17, 2010                                HAYNES AND BOONE, LLP

By:  /s/ Clark S. Stone
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC

*Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regrinding non-filing signatories, Steven P. Ragland hereby attests that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from Clark S. Stone.*

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES AND DEADLINE TO FILE DISPOSITIVE MOTIONS
Case No. 5:08-cv-2581 JF

527947.01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/23/2010 , _____

_____
HON. JEREMY FOGEL
United States District Court Judge

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES AND DEADLINE TO FILE DISPOSITIVE MOTIONS
Case No. 5:08-cv-2581 JF

527947.01