KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
SUSAN J. HARRIMAN - #111703
STEVEN P. RAGLAND - #221076
JOHN E. TRINIDAD - #250468
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
epeters@kvn.com
sharriman@kvn.com
sragland@kvn.com
jtrinidad@kvn.com

**E-Filed 12/2/2010**

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

CLARK S. STONE - #202123
STEVEN M. LEVITAN - #148716
INCHAN A. KWON - #247614
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA  95110
Telephone:     (408) 392-9250
Facsimile:      (408) 392-9262
clark.stone@haynesboone.com
steve.levitan@haynesboone.com
inchan.kwon@haynesboone.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NOVEMBER 23, 2010 FACT DISCOVERY DEADLINE**<br><br>Judge:     Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor<br><br>Date Comp. Filed:     May 21, 2008<br><br>Trial Date: June 20, 2011 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND NOVEMBER 23, 2010 FACT DISCOVERY
DEADLINE
Case No. 5:08-cv-2581 JF

528729.01

1    This stipulation is entered into by and between Plaintiff Landmark Screens, LLC and
2 Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler as follows:
3    WHEREAS, on August 13, 2010, Magistrate Judge Lloyd granted in part Morgan
4 Lewis's Motion to Compel Fed. R. Civ. P. 30(b)(6) Designations and Testimony of Landmark
5 Screens, LLC, and ordered Landmark to designate witnesses for Rule 30(b)(6) Topics 7, 8, 11-
6 14, 15-16, 34-35, 45-47 [Docket No. 138];
7    WHEREAS, on August 27, 2010, Landmark Screens filed a Motion for Relief,
8 challenging Magistrate Judge Lloyd's order as it pertains to Rule 30(b)(6) Topics 7, 8, 11-14
9 [Docket No. 144];
10   WHEREAS, the parties have completed briefing on Landmark's Motion for Relief
11 [Docket Nos. 159 (Opposition) and 167 (Reply)];
12   WHEREAS, Landmark's Motion for Relief is still pending before the court;
13   WHEREAS, on August 27, 2010, the Court entered a Stipulation and Order extending the
14 fact discovery deadline to October 21, 2010 for the purpose of completing the parties' previously
15 noticed depositions, including the remaining Rule 30(b)(6) deposition(s) from Landmark
16 [Docket No. 143 (Stip. and Order)];
17   WHEREAS, on October 25, 2010, the Court entered a Stipulation and Order extending
18 the fact discovery deadline to November 23, 2010 for the purpose of completing the remaining
19 Rule 30(b)(6) deposition(s) from Landmark [Docket No. 176 (Stip. and Order)];
20   WHEREAS, the October 25, 2010 Stipulation and Order states that "[s]hould the parties
21 be unable to complete the depositions prior to November 23, 2010, despite best efforts to
22 coordinate scheduling, the fact discovery cut-off shall be further extended as necessary for that
23 limited purpose";
24   WHEREAS, Landmark will designate the witness or witnesses to testify on the
25 outstanding 30(b)(6) topics after the Court rules on the pending Motion for Relief;
26   WHEREAS, the parties require additional time to complete the remaining Rule 30(b)(6)
27 deposition(s) from Landmark;
28   WHEREAS, the parties agree that extension of the fact discovery deadline for the

purpose of completing the Rule 30(b)(6) deposition(s) of Landmark Screens, LLC is warranted;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that:

(1) the fact discovery deadline shall be extended to January 21, 2011 for the limited purpose of completing the Rule 30(b)(6) deposition(s) of Landmark Screens, LLC, pursuant to Magistrate Judge Lloyd's August 13, 2010 Order (Dkt. No. 138) and any order issued with respect to Landmark Screens, LLC's August 27, 2010 Motion for Relief (Dkt. No. 144); and

(2) should the parties be unable to complete these depositions prior to January 21, 2011, despite best efforts to coordinate scheduling, the fact discovery deadline shall be further extended as necessary for this limited purpose.

IT IS SO STIPULATED.

Dated:  November 23, 2010                                KEKER & VAN NEST LLP


By:  /s/ *John E. Trinidad*
JOHN E. TRINIDAD
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

1  Dated: November 23, 2010                    HAYNES AND BOONE, LLP

                                               By:  /s/ Clark S. Stone
                                                    CLARK S. STONE
                                                    Attorneys for Plaintiff
                                                    LANDMARK SCREENS, LLC

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, John E. Trinidad hereby attests that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from Clark S. Stone.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/2/2010 , _____

_____
HON. JEREMY FOGEL
United States District Court Judge