CLARK S. STONE (SBN 202123)
STEVEN M. LEVITAN (SBN 148716)
INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone:  (408) 392-9250
Facsimile:  (408) 392-9262
Email: clark.stone@haynesboone.com
       steve.levitan@haynesboone.com
       inchan.kwon@haynesboone.com

EDWARD J. MCINTYRE (SBN 80402)
WILLIAM N. KAMMER (SBN 53848)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, California 92101
Phone: (619) 231-0303
Facsimile: (619) 231-4755
Email: emcintyre@swsslaw.com
       wkammer@swsslaw.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual,<br><br>Defendants. | Case No: 5:08-cv-2581 JF (HRL)<br><br>**DECLARATION OF INCHAN A. KWON IN SUPPORT OF PLAINTIFF LANDMARK SCREENS, LLC'S OPPOSITION TO MOTION OF DEFENDANTS MORGAN, LEWIS & BOCKIUS LLP AND THOMAS D. KOHLER FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**[Re: Docket No. 178]**<br><br>Date:  January 21, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Place:  Courtroom 3 |

**DECLARATION OF INCHAN A. KWON ISO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**-- Case No. 5:08-cv-2581 JF (HRL)**

I, INCHAN A. KWON, declare as follows:

1. I am an attorney with the law firm of Haynes and Boone, LLP, attorneys of record for Plaintiff Landmark Screens, LLC ("Landmark") in the above-captioned action. I am a member in good standing of the State Bar of California and of this Court. I make this declaration in support of Landmark's Opposition to Motion of Defendants MORGAN, LEWIS & BOCKIUS LLP ("MLB") and THOMAS D. KOHLER ("Kohler"; collectively with MLB, "Defendants") for Summary Judgment or, in the Alternative, Partial Summary Judgment. The following statements are based upon my personal knowledge except where stated on information and belief. If called as a witness, I could and would testify to the following facts.

2. Attached as Exhibit A to this Declaration is a true and correct copy of excerpts of the transcript of the May 18, 2010 deposition of James Michael Wilson in this action.

3. Attached as Exhibit B to this Declaration is a true and correct copy of excerpts of the transcript of the April 21, 2009 deposition of Michael Lyons in this action.

4. Attached as Exhibit C to this Declaration is a true and correct copy of excerpts of the transcript of the April 22, 2009 deposition of Gary S. Williams in this action.

5. Attached as Exhibit D to this Declaration is a true and correct copy of the Amended Privilege Log for Pennie and Edmonds, dated June 1, 2009.

6. Attached as Exhibit E to this Declaration is a true and correct copy of excerpts of the transcript of the May 27, 2010 deposition of Michael Anthony Bloom in this action.

7. Attached as Exhibit F to this Declaration is a true and correct copy of excerpts of the transcript of the May 28, 2010 deposition of Thomas M. Kittredge in this action.

8. Attached as Exhibit G to this Declaration is a true and correct copy of excerpts of the transcript of the March 18, 2010 deposition of Thomas D. Kohler in this action.

9. Attached as Exhibit H to this Declaration is a true and correct copy of excerpts of the transcript of the June 7, 2006 deposition of Thomas D. Kohler in Case No. 05-cv-053568 filed in the Santa Clara County Superior Court.

10. Attached as Exhibit I to this Declaration is a true and correct copy of excerpts of the transcript of the September 7, 2007 deposition of James Michael Wilson in the AAA

arbitration proceedings *Landmark Screens, LLC v. Pennie & Edmonds LLP et al.,* Case No. 74 194 Y 01059 06 DEAR.

11. Attached as Exhibit J to this Declaration is a true and correct copy of a letter dated March 29, 2005 from Thomas D. Kohler to Michael Wilson, bearing the Bates range LMK0000513-17.

12. Attached as Exhibit K to this Declaration is a true and correct copy of excerpts of the transcript of the April 27, 2010 deposition of Paul O. Scheibe in this action.

13. Attached as Exhibit L to this Declaration is a true and correct copy of a memo dated June 16, 2005 from Michael Wilson to John Mozart, bearing the Bates range LMK00034093-95.

14. Attached as Exhibit M to this Declaration is a true and correct copy of an order issued on September 26, 2006 in Case No. 05-cv-053568 filed in the Santa Clara County Superior Court.

15. Attached as Exhibit N to this Declaration is a true and correct copy of Order No. 7 dated November 26, 2007 issued by the arbitration panel in the AAA arbitration proceedings *Landmark Screens, LLC v. Pennie & Edmonds LLP et al.,* Case No. 74 194 Y 01059 06 DEAR.

16. Attached as Exhibit O to this Declaration is a true and correct copy of Order No. 3 dated May 8, 2007 issued by the arbitration panel in the AAA arbitration proceedings *Landmark Screens, LLC v. Pennie & Edmonds LLP et al.,* Case No. 74 194 Y 01059 06 DEAR.

17. Attached as Exhibit P to this Declaration is a true and correct copy of excerpts of the transcript of the August 23, 2007 deposition of Gary S. Williams in the AAA arbitration proceedings *Landmark Screens, LLC v. Pennie & Edmonds LLP et al.,* Case No. 74 194 Y 01059 06 DEAR.

18. Attached as Exhibit Q to this Declaration is a true and correct copy of an order filed on July 14, 2010 in *Landmark Screens, LLC v. Morgan, Lewis & Bockius, LLP at al.*, California Supreme Court Case No. S182516.

19. Attached as Exhibit R to this Declaration is a true and correct copy of a letter dated November 16, 2010 from William K. Suter of the U.S. Supreme Court to MLB's counsel Steven

1  A. Hirsch.

2  20. Attached as Exhibit S to this Declaration is a true and correct copy of a letter dated November 24, 2010 from William K. Suter of the U.S. Supreme Court to MLB's counsel Steven A. Hirsch.

21. Attached as Exhibit T to this Declaration is a true and correct copy of U.S. Patent Application Publication No. US 2003/0128174 A1, bearing the Bates range LMK0000462-91.

22. Attached as Exhibit U to this Declaration is a true and correct copy of Landmark's Objections and Responses to Respondent Pennie & Edmonds LLP's Second Set of Interrogatories (Nos. 3 and 4) served in the AAA arbitration proceedings *Landmark Screens, LLC v. Pennie & Edmonds LLP et al.,* Case No. 74 194 Y 01059 06 DEAR, dated September 5, 2007.

23. Attached as Exhibit V to this Declaration is a true and correct copy of Landmark's First Amended Objections and Responses to MLB's First Set of Requests for Admission, dated April 5, 2010.

24. Attached as Exhibit W to this Declaration is a true and correct copy of Landmark's Objections and Responses to MLB's Second Set of Requests for Admission, dated March 11, 2010.

25. Attached as Exhibit X to this Declaration is a true and correct copy of a letter dated April 9, 2010 sent from Landmark's counsel Inchan Kwon to Defendants' counsel Steven Ragland

26. Attached as Exhibit Y to this Declaration is a true and correct copy of excerpts of the transcript of the July 8, 2010 deposition of Paul Andrew Seher in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2010 at San Jose, California.

/s/ Inchan A. Kwon
Inchan A. Kwon