KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
SUSAN J. HARRIMAN - #111703
STEVEN P. RAGLAND - #221076
JOHN E. TRINIDAD - #250468
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
epeters@kvn.com
sharriman@kvn.com
sragland@kvn.com
jtrinidad@kvn.com

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
and THOMAS D. KOHLER

CLARK S. STONE - #202123
STEVEN M. LEVITAN - #148716
INCHAN A. KWON - #247614
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA  95110
Telephone:     (408) 392-9250
Facsimile:     (408) 392-9262
clark.stone@haynesboone.com
steve.levitan@haynesboone.com
inchan.kwon@haynesboone.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

**E-Filed 1/5/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>                                        Plaintiff,<br><br>     v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>                                        Defendants. | Case No. 5:08-cv-2581 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 21, 2011 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT TO JANUARY 28, 2011** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 21, 2011 HEARING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 5:08-cv-2581 JF

536848.01

1   This stipulation is entered into by and between Plaintiff Landmark Screens, LLC and
2 Defendants Morgan, Lewis & Bockius LLP and Thomas D. Kohler as follows:
3   WHEREAS, the Motion of Defendants Morgan, Lewis & Bockius LLP and Thomas D.
4 Kohler for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion") is
5 currently set for hearing at 9:00 a.m. on Friday, January 21, 2011 [Docket No. 184];
6   WHEREAS, Plaintiff Landmark Screens, LLC filed its Opposition to Defendants'
7 Motion on Thursday, December 30, 2010 [Docket No. 191];
8   WHEREAS, a scheduling conflict arose for Defendants' counsel;
9   WHEREAS, the parties met and conferred and jointly agree to continue the hearing on
10 the Motion to 9:00 a.m. on Friday, January 28, 2011;
11   WHEREAS, the parties agree that Defendants may have until Tuesday, January 11, 2011
12 to file their Reply brief in support of the Motion;
13   WHEREAS, Defendants' counsel confirmed with the Court that it is available to hear the
14 Motion on January 28, 2011;
15   NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
16 their respective counsel of record, that:

17   1.   The hearing on the Motion of Defendants Morgan, Lewis & Bockius LLP and
        Thomas D. Kohler for Summary Judgment or, in the Alternative, Partial Summary
18        Judgment shall be continued to January 28, 2011; and

19   2.   Defendants shall file their Reply in support of the Motion by Tuesday, January
          11, 2011;
20
    IT IS SO STIPULATED.
21

22
Dated:  January 5, 2011                    KEKER & VAN NEST LLP
23

24

25                                   By:   /s/ Elliot R. Peters
                                           ELLIOT R. PETERS
26                                         Attorneys for Defendants
                                           MORGAN, LEWIS & BOCKIUS LLP
27                                         and THOMAS D. KOHLER

28

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 21, 2011 HEARING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 5:08-cv-2581 JF

536848.01

Dated: January 5, 2011                                HAYNES AND BOONE, LLP

By:   /s/ Clark S. Stone
CLARK S. STONE
Attorneys for Plaintiff
LANDMARK SCREENS, LLC

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Elliot R. Peters hereby attests that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from Clark S. Stone.*

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   1/5/2011

_____
HON. JEREMY FOGEL
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 21, 2011 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 5:08-cv-2581 JF

536848.01