**E-Filed 1/25/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership; and THOMAS D. KOHLER, an individual,<br><br>    Defendants. | Case Number 5:08-cv-02581-JF/HRL<br><br>**ORDER DENYING LANDMARK'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER** |

Plaintiff Landmark Screens, LLC ("Landmark") seeks relief from a nondispositive pretrial order issued by Magistrate Judge Lloyd on August 13, 2010. The Court has considered the motion, opposition, reply, and declarations submitted in connection with the motion. The motion is DENIED on the ground that Judge Lloyd's order is not "clearly erroneous or contrary to law." *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

DATED: 1/24/2011

_____
JEREMY FOGEL
United States District Judge