UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANDMARK SCREENS, LLC.,

    Plaintiff(s),

    v.

MORGAN LEWIS & BOCKIUS LLP, et al.,

    Defendant(s).
_____/

No. C 08-2581 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Federal Circuit having been filed on April 23, 2012 and this case having been reassigned to the undersigned on November 5, 2012, a Case Management Conference shall be held on January 3, 2013, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**SO ORDERED.**

Dated: November 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge