CLARK S. STONE – 202123
STEVEN M. LEVITAN – 148716
HOGAN LOVELLS US LLP
525 University Avenue, Fourth Floor
Palo Alto, California 94301
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
Email: clark.stone@hoganlovells.com
           steven.levitan@hoganlovells.com

SANFORD JAY ROSEN – 062566
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:       srosen@rbgg.com
             lells@rbgg.com

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LANDMARK SCREENS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual,<br><br>Defendants. | Case No. 5:08-cv-02581-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own fees and costs.

Respectfully submitted,

DATED: December 27, 2012            KEKER & VAN NEST, LLP

By: /s/
_____
Steven P. Ragland

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP and
THOMAS D. KOHLER

DATED: December 27, 2012            HOGAN LOVELLS US LLP

By: /s/
_____
Clark S. Stone

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3), Clark S. Stone hereby attests that concurrence in the filing of this document has been obtained from Steven P. Ragland.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
PHYLLIS J. HAMILTON
United States District Judge