1  CLARK S. STONE – 202123
   STEVEN M. LEVITAN – 148716
2  HOGAN LOVELLS US LLP
   525 University Avenue, Fourth Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   Email: clark.stone@hoganlovells.com
5          steven.levitan@hoganlovells.com

6  SANFORD JAY ROSEN – 062566
   LISA ELLS – 243657
7  ROSEN BIEN GALVAN & GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
8  San Francisco, California 94104-1823
   Telephone: (415) 433-6830
9  Facsimile: (415) 433-7104
   Email:     srosen@rbgg.com
10             lells@rbgg.com

11
   Attorneys for Plaintiff
12 LANDMARK SCREENS, LLC

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              OAKLAND DIVISION

17

| | |
|---|---|
| 18 LANDMARK SCREENS, LLC, a Delaware Limited Liability Company, | Case No. 5:08-cv-02581-PJH |
| 19              Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 20       v. | **[PROPOSED] ORDER** |
| 21 MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership and THOMAS D. KOHLER, an individual, | |
| 22 | |
| 23              Defendants. | |

---

STIPULATION OF DISMISSAL WITH PREJUDICE—Case No. C 08-2581 PJH
\\040461/000001 - 1039987 v1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own fees and costs.

Respectfully submitted,

DATED: December 27, 2012            KEKER & VAN NEST, LLP

By: /s/
_____
Steven P. Ragland

Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP and
THOMAS D. KOHLER

DATED: December 27, 2012            HOGAN LOVELLS US LLP

By: /s/
_____
Clark S. Stone

Attorneys for Plaintiff
LANDMARK SCREENS, LLC

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3), Clark S. Stone hereby attests that concurrence in the filing of this document has been obtained from Steven P. Ragland.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/2/13

_____
PHYLLIS J. HAMILTON
United States District Judge

[IT IS SO ORDERED — Judge Phyllis J. Hamilton]